UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-1680 PJW | Date | DECEMBER 4, 2013 |
|---|---|---|---|
| Title | ANGELA LOCKHART, et al  v.  COUNTY OF LOS ANGELES, et al | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|
| Beatrice Herrera | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Petitioner(s): | Attorneys Present for Respondent(s): |
|---|---|
| RUSSELL J. THOMS, JR. | JEFFREY SHELDON<br>RICK BROUWER, DEPUTY COUNTY COUNSEL |

**PROCEEDINGS:**     **SETTLEMENT CONFERENCE**

    Parties make their appearances.  Court conducts settlement conference with the parties in chambers.  Court sets a *Telephonic Status Conference* for **January 6, 2014 at 10:00 a.m.**  Plaintiff shall contact the court clerk to confirm the date and time.

    **IT IS SO ORDERED.**

**cc: Judge Walsh**

|  | 2 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | Bea | |