LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA LOCKHART, GAIL SCORZA, and PATRICK GOMEZ, on behalf of themselves and all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LEE BACA, individually and in his official capacity as SHERIFF OF LOS ANGELES COUNTY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 07-1680 PJW<br><br>[~~PROPOSED~~] JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Court has carefully reviewed the concurrently filed Stipulation Re Approval of Settlement Agreement and Dismissal with Prejudice and the settlement agreement attached as Exhibit "A" to the Stipulation ("Settlement Agreement");

2. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all aspects to Plaintiffs Patrick Gomez, Leobardo Trujillo and James Rodela and the Parties shall perform the Settlement Agreement in accordance with its terms;

3. The Court expressly reserves jurisdiction with respect to this action for the purposes of enforcing the Settlement Agreement; and,

4. This action is hereby dismissed in its entirety with prejudice.

Dated: June 6, 2014_____     _____/s/ Patrick J. Walsh_____
The Honorable Patrick J. Walsh
Magistrate Judge of the United States District Court